**STATE of Missouri, Respondent,**

v.

**Denise JONES, Appellant.**

**No. WD 35773.**

Missouri Court of Appeals,
Western District.

March 5, 1985.

274

David Durbin, Asst. Public Defender, Kansas City, for appellant.

Robert Frager, Asst. Pros. Atty., Kansas City, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction pursuant to § 569.090.1(3), RSMo.Supp.1983, Class A misdemeanor.

Judgment affirmed.  Rule 30.25(b).

All concur.